UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT PAUL WEINBERG,

Plaintiff,

v.

NAGINA MANGAL, ANN GRAYBIEL, SALLY KORNBLUTH; MASSACHUSETTS INSTITUTE OF TECHNOLOGY, MIT CAMPUS POLICE DEPARTMENT; CRAIG MARTIN, KILLIAN CASEY, PANACHE FLINT, MICHAEL ALLEN; VINCENT DICIANNI, FERRITER SCOBBO AND RODOPHELE, P.C., CLAUDIA HUNTER, ROBERT STOLZBERG, PAULA LAZAR, AMY BANKS, STEN LOFGREN, JAMES C. BECK, SIMONS FOUNDATION AUTISM RESEARCH INITIATIVE, and CHDI FOUNDATION,

Defendants.

CIVIL ACTION
NO. 26-13362-WGY

YOUNG, D.J. October 22, 2026

**ORDER**

The remaining defendants, Vincent Dicianni, Ferriter Scobbo, and Rodophele, P.C., Claudia Hunter, Robert Stolzberg, Paula Lazar, Amy Banks, Sten Lofgren, James C. Beck, are hereby DISMISSED without prejudice as there are no allegations in the operative Amended Complaint, ECF No. 22, pertaining to any of them, but rather they appear to relate to other matters no longer before this Court. The pleading as to them therefore

constitute incurable defects warranting sua sponte dismissal from this action under this Court's inherent authority to manage its own docket, but without prejudice. See Green v. Concord Baptist Church, 313 Fed. Appx. 335, 336 & n. 2 (1st Cir. 2009) (unpublished).

Accordingly, these remaining parties, and Counts XVII, XVIII, XIX and XX are DISMISSED. As all counts have been dismissed in this action, it is DISMISSED in its entirety.

The motions to intervene, ECF Nos. 23 and 89 are each DENIED as MOOT. See Kunz v. New York State Comm'n on Jud. Misconduct, 155 Fed. Appx. 21, 22 (2d Cir. 2005)(unpublished) (holding "where the action in which a litigant seeks to intervene has been discontinued, the motion to intervene is rendered moot").

The Clerk is directed to enter an order of dismissal and close the case.

**SO ORDERED.**

William G. Young
WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[1]

[1] This is how my predecessor, Peleg Sprague (D. Mass 1841-1865), would sign official documents. Now that I'm a Senior District Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 48 years.